FILED: September 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-5
(1:08-cv-00271-TDS-JEP)

_____

WILLIAM LEROY BARNES

   Petitioner - Appellant

v.

KENNETH E. LASSITER, Warden, Central Prison, Raleigh, North Carolina

   Respondent - Appellee

_____

O R D E R

_____

  Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

  The court grants appellant leave to file a joint appendix not to exceed 2,300 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk