# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 6, 2014

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Carlton Joyner, Warden
v. William Leroy Barnes
No. 14-395
(Your No. 13-5; 13-6)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 2, 2014 and placed on the docket October 6, 2014 as No. 14-395.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst